

**VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.**
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

JULIAN R. BIRNBAUM

*The action is hereby dismissed. The clerk shall mark the case closed. So ordered.*

*[signature]*
U.S.D.J.
7/11/06

July 10, 2006

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/06

Re: Chen v. Citigroup Global Markets Inc.
05 Civ. 4643 (AKH)

Dear Judge Hellerstein:

  We represent the plaintiff in the above-captioned case and write on behalf of both parties to advise the Court of the status of the arbitration before the National Association of Securities Dealers.

  A hearing has been held in this matter, and an arbitration panel has issued an award denying Mr. Chen's claims against Citigroup Global Markets, Inc. in their entirety. Therefore, the parties request that this action be dismissed without costs.

Respectfully submitted,

*[signature]*
Julian R. Birnbaum

JRB:kds

cc: Kevin B. Leblang, Esq. (by mail)

238736 v1